# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00286 |
| Julian Elie Khater, (DOB: XXXXXXXXX) | ) Assigned To : Faruqui, Zia M. |
| George Pierre Tanios, (DOB: XXXXXXXX) | ) Assign. Date : 03/06/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon; | |
| 18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon; | |
| 18 U.S.C. §§ 111(a) and (b) - Assault on Federal Officer with Dangerous Weapon; | |
| 18 U.S.C. § 372 - Conspiracy to Injure an Officer; | |
| 18 U.S.C. § 231(a)(3) - Civil Disorder; | |
| 18 U.S.C. § 1512(c)(2) - Obstructing or Impeding Any Official Proceeding; | |
| 18 U.S.C. § 1752(a)(1), (2), (4), (b)(1)(A) and (b)(1)(B) – Physical violence on restricted grounds, while carrying dangerous weapon, and resulting in significant bodily injury; | |
| 40 U.S.C. § 5104(e)(2)(f) – Violent entry and disorderly conduct, act of physical violence on Capitol Grounds; and | |
| 18 U.S.C. § 2 - Aiding and Abetting. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Riley Palmertree, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: __03/06/2021__

Zia M. Faruqui
2021.03.06 16:13:03
-05'00'
_____
Judge's signature

City and state: __Washington, D.C.__       Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title