# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-3034**  September Term, 2020

1:21-cr-00222-TFH-2

Filed On: August 18, 2021 [1910556]

United States of America,

    Appellee

    v.

George Pierre Tanios,

    Appellant

## M A N D A T E

In accordance with the judgment of August 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the judgment filed August 9, 2021