UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    V.                                               CASE NO. 1:21-CR-222 (TFH)

GEORGE PIERRE TANIOS,

    Defendant.

### DEFENDANT'S MOTION TO PERMIT ADDITIONAL MOTIONS

The Defendant, George Pierre Tanios, by and through counsel, moves for permission to file additional motions after February 24, 2022, which is the deadline for motions. This is a complex case. Discovery is being disclosed by the Government on a regular basis. Our investigation is in progress and our legal research is ongoing. With trial scheduled in June 2022, it is possible that we will identify other relevant motions as we move forward, including but not limited to motions in limine, which become apparent typically after learning more about the government's witnesses, exhibits and theories for trial. Accordingly, undersigned counsel respectfully requests an opportunity in the future to file any additional motions if deemed necessary and appropriate.

1

Respectfully submitted,

**GEORGE PIERRE TANIOS**

By:   */s/ Elizabeth B. Gross*
      WV State Bar No. 11567
      Federal Public Defender Office
      230 West Pike Street, Suite 360
      Clarksburg, West Virginia 26302
      Tel. (304) 622-3823
      E-Mail: Beth_gross@fd.org

**CERTIFICATION OF SERVICE**

I hereby certify that on February 24, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia and a copy will be sent to the following:

**Anthony F. Scarpelli, Esq.**
**U.S. ATTORNEY'S OFFICE**
**555 Fourth Street, NW**
**Washington, DC 20530**
**(202) 252-7707**
**Fax: (202) 514-8707**
**Email: anthony.scarpelli@usdoj.gov**

**Gilead I. Light, Esq.**
**U.S. ATTORNEY'S OFFICE**
**555 4th Street NW**
**Ste 4832**
**Washington, DC 20816**
**202-252-6880**
**Email: gilead.light@usdoj.gov**

By:   s/ Elizabeth B. Gross
        Elizabeth B. Gross
        WV State Bar No. 11567
        Federal Public Defender Office
        230 West Pike Street, Suite 360
        Clarksburg, West Virginia 26302
        Tel. (304) 622-3823
        Fax. (304) 622-4631
        E-Mail: Beth_Gross@fd.org