# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-222-2 (TFH)** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 1752(a)(1) and (b)(2)** |
| **GEORGE PIERRE TANIOS,** | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| Defendant. | : | **18 U.S.C. §§ 1752(a)(2) and (b)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **GEORGE PIERRE TANIOS**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(2))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **GEORGE PIERRE TANIOS**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President

and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(2))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


By: _____/s/_____
GILEAD LIGHT
DC Bar No. 980839
ANTHONY SCARPELLI
DC Bar No. 474711
Assistant United States Attorneys
Violence Reduction & Trafficking Offenses Section
601 D Street, NW, 5th Floor
Washington, DC 20530
(202) 252-6880 (Light)
(202) 252-7707 (Scarpelli)
Gilead.Light@usdoj.gov
Anthony.Scarpelli@usdoj.gov