UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                              CASE NO. 1:21-CR-222

GEORGE PIERRE TANIOS,

    Defendant.

### DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS SO THAT HE CAN TRAVEL

Comes now, the Defendant, George Tanios, through counsel, Elizabeth B. Gross, Assistant Federal Public Defender, and respectfully moves this Honorable Court to modify the conditions of bond so that he may travel with his family for a family to New Jersey for Thanksgiving. Mr. Tanios has been released to his home in Morgantown, West Virginia. Sentencing is scheduled for January 13, 2022. Mr. Tanios is not permitted to travel outside of the Northern District of West Virginia, and he is subject to electronic monitoring. He has a curfew. He has been compliant will these and all other conditions of release. His parents invited Mr. Tanios and his family (wife and 3 children) to New Jersey for the Thanksgiving Holiday. Mr. Tanios wishes to travel very early on Tuesday, November 22, 2022, and return to his home late at night on Tuesday, November 29, 2022. Undersigned counsel spoke with the United States Attorney's office though counsel, Mr. Scarpelli and Mr. Light regarding this motion this morning. The Government has no objection to this temporary modification during this trip.

1

WHEREFORE, based on the foregoing, and the fact that the Defendant has been in compliance with the court orders and conditions of release to date, we submit there are good grounds to consider modifying the condition of home detention and the travel restriction so Mr. Tanios can travel with his family on Tuesday, November 22, 2022, and return to his home late at night on Tuesday, November 29, 2022.

Respectfully submitted,

**GEORGE PIERRE TANIOS**

By:   /s/ Elizabeth B. Gross
Elizabeth B. Gross
WV State Bar No. 11567
Federal Public Defender Office
230 West Pike Street, Suite 360
Clarksburg, West Virginia 26302
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail: Beth_gross@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia which will send a copy to the following:

**Anthony F. Scarpelli, Esq.**
**U.S. ATTORNEY'S OFFICE**
**555 Fourth Street, NW**
**Washington, DC 20530**
**(202) 252-7707**
**Fax: (202) 514-8707**
Email: anthony.scarpelli@usdoj.gov

**Gilead I. Light, Esq.**
**U.S. ATTORNEY'S OFFICE**
**555 4th Street NW**
**Ste 4832**
**Washington, DC 20816**
**202-252-6880**
Email: gilead.light@usdoj.gov

By:   s/ Elizabeth B. Gross
      Elizabeth B. Gross
      WV State Bar No. 11567
      Federal Public Defender Office
      230 West Pike Street, Suite 360
      Clarksburg, West Virginia 26302
      Tel. (304) 622-3823
      Fax. (304) 622-4631
      E-Mail: Beth_Gross@fd.org