UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PIERRE TANIOS,<br><br>     Defendant. | Criminal Action No. 21-0222-2 (TFH) |

### ORDER

 In accordance with the matters discussed during the defendant's sentencing on January 27, 2023, it is hereby

 ORDERED that, pursuant to 18 U.S.C. §§ 3571 and 3572, the defendant shall pay a fine in the amount of $1,248.00. The Court has determined that the defendant does not have the ability to pay interest and therefore waives any interest or penalties that may accrue on the balance. The fine shall be paid at a rate to be determined by the Probation Office.

 **SO ORDERED.**

February 1, 2023

                     Thomas F. Hogan
                     United States District Judge